## MORROW vs. THE CITY OF GREEN BAY.

*April 7 — May 10, 1882.*

### Stay of Proceedings for Reässessment.

In an action to set aside tax sales and certificates, on the ground that the assessments were void, judgment in plaintiff's favor is reversed for a refusal to stay proceedings until a reässessment should be made under sec. 1210b, R. S., as amended by chapter 255 of 1879.

APPEAL from the Circuit Court for *Brown* County.

The defendant appealed from a judgment in favor of the plaintiff.

*H. J. Huntington*, for the appellant.

The cause was submitted for the respondent on the brief of *Tracy & Bailey*.

Brauns vs. The City of Green Bay.

ORTON, J.   This action was brought to set aside certain tax sales and certificates on the ground of void assessments.   At the close of the trial the appellant moved for a stay of proceedings until a reässessment could be made, which was refused, and judgment was rendered for the relief demanded in the complaint.   The learned counsel on both sides agree that this was erroneous.   *Single v. Town of Stettin*, 49 Wis., 645; *Monroe v. Ft. Howard*, 50 Wis., 228.

*By the Court.*— The judgment of the circuit court is reversed, and the cause remanded with direction to stay all proceedings in the action until a reässessment of the property in said city can be had according to section 1210*b*, R. S., as amended by chapter 255, Laws of 1879.